Jacoby-Bender, Inc., Appellant, v. Dora Gerstenblith et al., Respondents. — Order, so far as appealed from, unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted. The items as to which examination was denied are proper items for examination under the pleadings. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Breitel and Botein, JJ.

■

Helen M. O'Hara, Respondent, v. John O'Hara, Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion denied. On its face the stipulation precluded this application within the five-year period. Insufficient proof was submitted to show that the later developments were not contemplated in or at the time of the stipulation. Nor was it adequately shown that the developments were such to jusify relieving plaintiff wife of the terms of the stipulation or the judgment entered thereon. Consequently, it is not necessary to consider whether power existed to modify the judgment in this particular. Present — Peck, P. J., Glennon, Cohn, Breitel and Botein, JJ.

■

Anna Bermann, Respondent, v. Fred S. Bermann, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Should defendant wish to amend his answer or otherwise move with respect to the complaint because of the amendment, he may do so. Present — Peck, P. J., Glennon, Cohn, Breitel and Botein, JJ.

■

Norbert Murray et al., Respondents, v. William Wright, Doing Business under the Name of Windermere Beach, Appellant.— The cause of action arose in Orange County. The record establishes that the convenience of witnesses will be served by having the trial in that county. In the circumstances, the motion for a change of venue should have been granted (Gilliland v. Konta, 206 App. Div. 685 [1st Dept.]; Rock v. Farina, 258 App. Div. 730 [2d Dept.]; Buckley v. State Bank, 256 App. Div. 939 [2d Dept.]). Order denying defendant's motion for a change of the place of trial is accordingly reversed on the law and the facts, with $20 costs and disbursements to the appellant, and the motion granted. Breitel, J., dissents and votes to affirm. Appeal [from order denying defendant's motion for lease to renew prior motion] unanimously dismissed. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Breitel and Botein, JJ.